UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

FILE NO: 2:18-MJ-1050-BO

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER RESTORING DRIVING PRIVILEGE AND RETURNING LICENSE |
| BOBBY R. SMITH, *Defendant.* | |

**THIS MATTER** coming on to be heard before the undersigned Judge upon the Defendant's motion to have the Defendant's driving privilege restored and license returned, this court finds as a fact that on August 20th, 2018, thirty (30) days will have passed since the Defendant surrendered his license after being charged with Operating under the Influence to Degree that Renders Incapable Safe Vehicle Operation in violation of 36 CFR 4.23(a)(1).

**IT IS, THEREFORE, ORDERED** that effective August 20th, 2018, the Defendant's driving privilege be restored and his license be immediately returned to the following address:

BOBBY R. SMITH
104 PINE STREET
YORKTOWN, VIRGINIA 23693

This the 17 day of August, 2018.

TERRENCE W. BOYLE
United States District Judge - EDNC